# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE:
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2312

E-mail Address
egraff@stblaw.com

<u>VIA ECF AND FEDEX</u>                                September 29, 2022

Re: *Aguiar ex rel. Varig Logistica S.A. v. MatlinPatterson Global Opportunities Partners II L.P.*, No. 22-CV-8136 (PAE) | Appellate Jurisdiction

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Engelmayer:

Simpson Thacher represents the appellees in the above-captioned proceeding and the debtors-in-possession (the "Appellees") in the underlying jointly-administered chapter 11 cases, *In re MatlinPatterson Global Opportunities Partners II L.P., et al.*, Case No. 21-11255 (DSJ) (the "Chapter 11 Cases").

Pursuant to Rule 4(B)(2) of Your Honor's Individual Rules and Practices in Civil Cases, the Appellees submit this request to file under seal the Rule 7.1 Corporate Disclosure Statements for Appellees MatlinPatterson Global Opportunities Partners II L.P., MatlinPatterson Global Opportunities Partners (Cayman) II L.P., and MatlinPatterson Global Opportunities Partners (SUB) II L.P. (together, the "Limited Partnership Appellees"). The Limited Partnership Appellees are privately-held limited partnerships whose ownership structure contains sensitive information that the Bankruptcy Court in the Chapter 11 Cases agreed warranted sealing as to ownership percentages of the limited partner investors. Disclosure of this confidential information would provide insight into the limited partner investors' proprietary investments and allocations of the same. As such, it is common industry practice to keep such information confidential.

An unredacted version of the Rule 7.1 statement is being filed under seal with this letter. Thank you for your consideration.

Very truly yours,

/s/ Elisha D. Graff

Elisha D. Graff

Granted. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
September 30, 2022

BEIJING   BRUSSELS   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.