UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANIO CESAR PICKLER AGUIAR,

                      Appellant,

-v-

MATLINPATTERSON GLOBAL OPPORTUNITIES
PARTNERS II L.P. et al.,

                      Appellees.

22 Civ. 8136 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 7, 2022, the Court scheduled a telephonic conference in this matter and a related matter at 22 Civ. 8110 (PAE) for November 2, 2022, at 2 p.m. Dkt. 22. The purpose of that conference is to discuss whether this Court should treat as final, and therefore appropriate for appeal, one of the Bankruptcy Court orders at issue in this matter and a related matter at 22 Civ. 8110 (PAE).

On October 26, 2022, the Court received notices of appeal availability in both matters, *see* Dkts. 27, 28 (22 Civ. 8136 (PAE)); 9 (22 Civ. 8110 (PAE)), triggering automatic deadlines for appellant's briefing for November 25, 2022. In light of the forthcoming conference, the Court adjourns that deadline in both cases *sine die*. The Court will set new deadlines at the conference on November 2, 2022.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                              Paul A. Engelmayer
                                              United States District Judge

Dated: October 27, 2022
        New York, New York